

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00576-CR

| | | |
|---|---|---|
| Patricia Elizabeth Harkcom | § | From the 355th District Court |
| | § | of Hood County (CR12165) |
| | § | October 2, 2014 |
| v. | § | Opinion by Chief Justice Livingston |
| | § | Dissent by Justice Walker |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
      Chief Justice Terrie Livingston